UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| SAMIA MILLS | ) |
|     Plaintiff, | ) |
| v. | ) |
| | ) |
| | ) Case No.: 6:22-cv-15 |
| RIVERSIDE PAWN CO., INC., | ) |
|     Defendant. | ) |
| | ) |

**JOINT MOTION FOR CLASS CERTIFICATION FOR SETTLEMENT PURPOSES AND PRELIMINARY APPROVAL OF CLASS SETTLEMENT**

COME NOW the Parties, by counsel, and pursuant to Fed. R. Civ. P. 23(b)(3), move that this Court certify a class of similarly situated individuals for purposes of settling the case for the reasons outlined in the concurrently filed Memorandum in Support of this Motion.

Respectfully submitted,

**SAMIA MILLS**

*/s/ Jeremy P. White*
Jeremy P. White, Esq. VSB #48917
Blue Ridge Consumer Law, PLLC
722 Commerce Street, Suite 215
Lynchburg, VA 24504
Phone: 434.201.6800
Fax:    434.485.5423
jeremy@consumerlawva.com

Thomas D. Domonoske, Esq. VSB #35434
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23606
(540) 442-8616
tom@clalegal.com

*Counsel for Plaintiff*

                              **RIVERSIDE PAWN CO., INC.**

                              */s/ Joshua Long*
                              Joshua Long, Esq. VSB #65684
                              Charlie Dickenson, Esq. VSB #92889
                              Woods Rogers Vandeventer Black PLC
                              10 S. Jefferson Street, Suite 1800
                              Roanoke, VA 24011
                              Phone (540) 983-7621
                              Fax (540) 512-7933
                              josh.long@wrvblaw.com
                              charlie.dickenson@wrvblaw.com

                              *Counsel for Defendant*

## Certificate of Service

     I hereby certify that on this 20th day of May, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties.

                              */s/ Jeremy P. White*
                              Jeremy P. White, Esq.
                              Blue Ridge Consumer Law, PLLC
                              722 Commerce Street, Suite 215
                              Lynchburg, VA 24504
                              Phone: 434.201.6800
                              Fax:    434.485.5423
                              SBN:   48917
                              jeremy@consumerlawva.com
                              Counsel for Plaintiff