UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| SAMIA MILLS )<br>   Plaintiff, )<br>v. )<br>)<br>) Case No.: 6:22-cv-15<br>RIVERSIDE PAWN CO., INC., )<br>   Defendant. )<br>) | |

## MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT

COME NOW the Plaintiff, Ms. Mills, by counsel, moves this Court to grant final approval of the Class Settlement, pursuant to Federal Rules of Civil Procedure, Rule 23, for the reasons outlined in the concurrently filed Memorandum in Support of this Motion.

Respectfully submitted,

**SAMIA MILLS**

*/s/ Jeremy P. White*
Jeremy P. White, Esq. VSB #48917
BLUE RIDGE CONSUMER LAW, PLLC
722 Commerce Street, Suite 215
Lynchburg, VA 24504
Phone: 434.201.6800
Fax: 434.485.5423
jeremy@consumerlawva.com

Thomas D. Domonoske, Esq. VSB #35434
CONSUMER LITIGATION ASSOCIATES, P.C.
763 J. Clyde Morris Blvd., Suite 1A
Newport News, VA 23606
(540) 442-8616
tom@clalegal.com
*Counsel for Plaintiff*

1

## Certificate of Service

I hereby certify that on this 15th day of September, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties.

    /s/ Jeremy P. White_____
Jeremy P. White, Esq.
Blue Ridge Consumer Law, PLLC
722 Commerce Street, Suite 215
Lynchburg, VA 24504
Phone: 434.201.6800
Fax:    434.485.5423
SBN:   48917
jeremy@consumerlawva.com
Counsel for Plaintiff