CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

9/29/2023

LAURA A. AUSTIN, CLERK
BY: s/ CARMEN AMOS
      DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Lynchburg Division

| | |
|---|---|
| SAMIA MILLS  Plaintiff, | ) ) |
| v. | ) ) ) Case No.: 6:22-cv-15 |
| RIVERSIDE PAWN CO., INC.,  Defendant. | ) ) ) ) |

## ORDER OF FINAL APPROVAL OF CLASS SETTLEMENT

The Plaintiff and Defendant have agreed upon the substantive provisions of a Settlement Agreement and Plaintiff has filed her Motion for Final Approval of Class Settlement. (Dkt. 30). The Court granted preliminary approval of the Settlement Agreement on June 7, 2023 (Dkt. 27). The Settlement Agreement resolves the issues set forth in Plaintiff's complaint as to all Class Members (as defined in the settlement agreement). (Dkt. 1). A final fairness hearing was held on September 29, 2023 regarding final approval of the Settlement Agreement. The parties also reached an agreement as to the amount of attorneys' fees and costs to be awarded in this matter. (Dkt. 22, Ex. A).

Accordingly, the Court, having considered the record in this matter, hereby ORDERS as follows:

1. Final approval of the Settlement Agreement is GRANTED and the Settlement Agreement is to be implemented as of the date of the entry of this Order;

2. The Settlement Agreement is a fair, reasonable and adequate settlement as to the Settlement Class Members within the meaning of Federal Rule of Civil Procedure 23,

was entered into in good faith, without collusion and is fully and finally APPROVED, including a total award of $106,860.00 to be distributed to the Class Members at the rate of $34.12 per transaction for the 3,131 transactions, additional refunds of $2,092.56 in overcharges that had not yet been refunded, the Service Award to the named Plaintiff of $6,500.00 and the releases and other relief as to the Released Claims (as defined in the Settlement Agreement);

3. Mr. Vincent Canada opted out of the class settlement and receives nothing and releases nothing.

4. Plaintiff's motion for attorneys' fees and costs (Dkt. 28) is GRANTED and Plaintiff's attorneys' fees are awarded in the amount of $55,000.00;

5. The suit is dismissed with prejudice.

The Clerk of the Court is directed to strike this matter from the active docket of the Court. The Clerk is further directed to send a certified copy of this Order to counsel of record.

Entered this 29th day of     September     , 2023.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE